**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **vs.** | **NO. 3:07-cr-141HTW-LRA** |
| **SHEILA MARSHALL** | **DEFENDANT** |
| **MARKETWIDE ADVANTAGE** | **GARNISHEE** |

## ORDER QUASHING GARNISHMENT

This cause is before the court on a Motion (Doc. #27) filed by the Plaintiff, United States, to quash the Writ of Garnishment issued by the Clerk on August 4, 2009 (Doc. #23) on the grounds that the defendant has paid the debt in full;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on August 4, 2009, (Doc. #23) be and it is hereby quashed, and the garnishee, Marketwide Advantage is hereby dismissed.

ORDERED AND ADJUDGED this 22nd day of March, 2010.

       **s/ HENRY T. WINGATE**

       _____
       CHIEF JUDGE
       UNITED STATES DISTRICT COURT